## MOTION DOCKET

**91–1639.** Rambaldo v. Accurate Die Casting. *Cuyahoga County*, No. 58588. On motions for leave to file *amicus* of Ohio AFL–CIO and Ohio Academy of Trial Lawyers. Motions granted.
HOLMES, J., dissents.

**91–1640.** Rini v. East Cleveland. *Cuyahoga County*, No. 58589. On motions for leave to file *amicus* of Ohio AFL–CIO and Ohio Academy of Trial Lawyers. Motions granted.
HOLMES, J., dissents.

**91–2245.** Shilling v. Mobile Analytical Serv., Inc. *Union County*, No. 14–91–11. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers. Motion granted.
MOYER, C.J., dissents because the motion is out of rule.
HOLMES, J., dissents.

**91–2294.** State ex rel. Weiss v. Indus. Comm. In Mandamus. On motion to dismiss. Motion to dismiss overruled. On request for oral argument. Request denied.
SWEENEY and DOUGLAS, JJ., dissent.

**92–749.** Volante v. Imported Auto Repair. *Cuyahoga County*, No. 63246. On motion for leave to supplement memorandum in support. Motion granted.

**92–782.** State v. Moneymaker. *Lake County*, No. 90–L–15–130. On motion for leave to file memorandum in support instanter. Motion granted.

**92–793.** State v. Hubbard. *Butler County*, No. CA90–10–125. On motion for leave to file delayed appeal. Motion granted.
WRIGHT and RESNICK, JJ., dissent.

**92–800.** Bleicher v. Univ. of Cincinnati, College of Medicine. *Franklin County*, No. 91AP–866. On motion for leave to file memorandum in support instanter. Motion granted.

**92–801.** Chef Italiano Corp. v. Kent State Univ. *Portage County*, No. 91–P–2308. On motion for leave to amend notice of appeal. Motion granted.